AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br><br>DEREK SCOTT FINKBEINER,<br>aka Scott Finkbeiner<br>*Defendant* | )<br>)   Case No.   6:25-MJ-06002-BAB<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DEREK SCOTT FINKBEINER, aka Scott Finkbeiner,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

- Conspiracy to Tamper with a Witness, in violation of Title 18, United States Code, Sections 1512(b)(1) & (k);
- Tampering with a Witness, Aiding & Abetting, in violation of Title 18, United States Code, Sections 2 & 1512(b)(1); &
- Commission of a Federal Felony Offense while on Pre-Trial Release, in violation of Title 18, United States Code, Section 3147(1).

Date: 2-6-25

Issuing officer's signature

City and state: Texarkana, Arkansas

BARRY A. BRYANT, U.S. Magistrate Judge, WDAR
*Printed name and title*

### Return

This warrant was received on *(date)* 02/07/25, and the person was arrested on *(date)* 02/07/25
at *(city and state)* Hot Springs, AR.

Date: 02/07/2025

Arresting officer's signature

BRIAN AMBROSE, FBI SA
*Printed name and title*