IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                              6:25-MJ-06002-BAB

DEREK SCOTT FINKBEINER                                                      DEFENDANT

NOTICE OF ENTRY OF APPEARANCE

Comes Jeff Rosenzweig and hereby enters his appearance as attorney for Derek Scott Finkbeiner.

/s/ Jeff Rosenzweig

_____
JEFF ROSENZWEIG
Ark. Bar No. 77115
300 Spring St. Suite 310
Little Rock, AR 72201
(501) 372-5247
jrosenzweig@att.net

*Attorney for Defendant Derek Scott Finkbeiner*

1

## CERTIFICATE OF SERVICE

 I, Jeff Rosenzweig, hereby certify that I have served all counsel through the CMECF system this 10th day of February, 2025.

      /s/ Jeff Rosenzweig

      _____
      JEFF ROSENZWEIG